### 955.  PINSON *v.* THE STATE.

POWELL, J.  For a material variation between the allegations of the accusation and the nature of the proof as to the character of the bond required of the putative father of a bastard, the court should have granted a new trial. *Childers* v. *State*, 3 *Ga. App.* 449 (60 S. E. 128).

*Judgment reversed.*

Accusation of misdemeanor, from city court of Newnan—Judge Freeman. January 7, 1908.

Submitted February 3,—Decided February 14, 1908.

*A. H. Freeman,* for plaintiff in error.

*W. L. Stallings, solicitor,* contra.